# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: ST.CLAIR, GERALD F. | § Case No. 10-70359 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 02/09/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 12/27/2010          By: /s/JOSEPH D. OLSEN_____
                                               Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: ST.CLAIR, GERALD F. § Case No. 10-70359
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,182.69 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 6,182.69 |
| **Balance on hand:** | $ 6,182.69 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,182.69 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,368.27 | 0.00 | 1,368.27 |
| Trustee, Expenses - JOSEPH D. OLSEN | 33.60 | 0.00 | 33.60 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,401.87 |
| Remaining balance: | $ 4,780.82 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,780.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,780.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,675.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 16,650.14 | 0.00 | 2,112.80 |
| 2 | Chase Bank USA, N.A. | 1,119.47 | 0.00 | 142.05 |
| 3 | US Bank N.A. | 8,176.34 | 0.00 | 1,037.52 |
| 4 | U.S. Bank N.A. | 550.00 | 0.00 | 69.79 |
| 5 | U.S. Bank N.A. | 4,000.00 | 0.00 | 507.57 |
| 6 | GE Money Bank | 414.18 | 0.00 | 52.56 |
| 7 | GE Money Bank | 1,634.72 | 0.00 | 207.43 |
| 8 | Fia Card Services, NA/Bank of America | 5,131.13 | 0.00 | 651.10 |

Total to be paid for timely general unsecured claims: $ 4,780.82
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett              Page 1 of 1                  Date Rcvd: Jan 12, 2011
Case: 10-70359                Form ID: pdf006             Total Noticed: 23

The following entities were noticed by first class mail on Jan 14, 2011.
db           +Gerald F. St. Clair,    2267 Eagle Drive,    Freeport, IL 61032-8596
aty          +Mark Zaleski,    Mark E. Zaleski, Attorney at Law,    10 N Galena Avenue #220,
               Freeport, IL 61032-4360
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
15032011      Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
15032012     +Carol St. Clair,    Neighbor’s Nursing Home,    811 W. 2nd Street,    Byron, IL 61010-1464
15032013      Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
15995159      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15032014      Citi Cards,    PO Box 688902,    Des Moines, IA 50368-8902
15032015      Department of Veterans Affairs,    PO Box 530269,    Atlanta, GA 30353-0269
15032017     +Lakewood Condo Master Assoc., Inc.,    1029 Lakewood Circle,    Osage Beach, MO 65065-2724
15032018      Menards,    Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
15032019      Sears Credit Cards,    PO Box 183081,    Columbus, OH 43218-3081
15032020      Sears Gold Mastercard,    PO Box 182156,    Columbus, OH 43218-2156
16134860     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
15261876     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    P O Box 3098,    Milwaukee, WI 53201-3098)
15032021     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    PO Box 790408,    Saint Louis, MO 63179-0408)
16032887     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
               Cincinnati, OH 45201-5229)
15032023      US Bank Home Mortgage,    PO Box 20005,    Owensboro, KY 42304-0005
15032022      US Bank Home Mortgage,    PO Box 790415,    Saint Louis, MO 63179-0415

The following entities were noticed by electronic transmission on Jan 12, 2011.
16334361      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 13 2011 02:22:19
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
15032016      E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2011 02:25:32      GE Money Bank,    PO Box 960061,
               Orlando, FL 32896-0061
16293534      E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2011 02:25:32      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15032024      E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2011 02:25:32      Wal-Mart,    PO Box 530927,
               Atlanta, GA 30353-0927
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2011**          **Signature:**  _/s/ Joseph Speetjens_