**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ST.CLAIR, GERALD F.                              § Case No. 10-70359
                                                         §
                                                         §
                                                         §
Debtor(s)                                                §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $137,730.00 *(without deducting any secured claims)* | Assets Exempt: $22,280.00 |
| Total Distribution to Claimants: $4,780.82 | Claims Discharged Without Payment: $68,945.16 |
| Total Expenses of Administration: $1,401.87 | |

   3) Total gross receipts of $ 6,182.69 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,182.69
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $120,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,401.87 | 1,401.87 | 1,401.87 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,550.00 | 37,675.98 | 37,675.98 | 4,780.82 |
| **TOTAL DISBURSEMENTS** | $156,550.00 | $39,077.85 | $39,077.85 | $6,182.69 |

4) This case was originally filed under Chapter 7 on January 29, 2010. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2011          By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 116 Shares of Prudential | 1229-000 | 6,182.68 |
| Interest Income | 1270-000 | 0.01 |
| **TOTAL GROSS RECEIPTS** | | **$6,182.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank Home Mortgage | 4110-000 | 75,000.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Home Mortgage | 4110-000 | 45,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$120,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,368.27 | 1,368.27 | 1,368.27 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 33.60 | 33.60 | 33.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,401.87 | 1,401.87 | 1,401.87 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 16,650.14 | 16,650.14 | 2,112.80 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,119.47 | 1,119.47 | 142.05 |
| 3 | US Bank N.A. | 7100-000 | N/A | 8,176.34 | 8,176.34 | 1,037.52 |
| 4 | U.S. Bank N.A. | 7100-000 | N/A | 550.00 | 550.00 | 69.79 |
| 5 | U.S. Bank N.A. | 7100-000 | N/A | 4,000.00 | 4,000.00 | 507.57 |
| 6 | GE Money Bank | 7100-000 | 500.00 | 414.18 | 414.18 | 52.56 |
| 7 | GE Money Bank | 7100-000 | N/A | 1,634.72 | 1,634.72 | 207.43 |
| 8 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 5,131.13 | 5,131.13 | 651.10 |
| NOTFILED | Department of Veterans Affairs | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Service | 7100-000 | 17,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Department of Veterans Affairs | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Lakewood Condo Master Assoc., Inc. | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Gold Mastercard | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards Retail Services | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Cardmember Service | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 36,550.00 | 37,675.98 | 37,675.98 | 4,780.82 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-70359 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** | ST.CLAIR, GERALD F. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******50-65 - Money Market Account |
| **Taxpayer ID #:** | **-***7114 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 03/31/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/14/10 | {20} | Prudential | turnover of shares | 1229-000 | 6,182.68 | | 6,182.68 |
| 12/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.01 | | 6,182.69 |
| 12/27/10 | | To Account #9200******5066 | Under $10,000. - prep. of F. Rpt | 9999-000 | | 6,182.69 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,182.69 | 6,182.69 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,182.69 | |
| | | | **Subtotal** | | **6,182.69** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,182.69** | **$0.00** | |

{} Asset reference(s)    Printed: 03/31/2011 11:15 AM    V.12.56

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-70359 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | ST.CLAIR, GERALD F. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******50-66 - Checking Account |
| Taxpayer ID #: | **-***7114 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 03/31/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/10 | | From Account #9200******5065 | Under $10,000. - prep. of F. Rpt | 9999-000 | 6,182.69 | | 6,182.69 |
| 02/10/11 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,368.27, Trustee Compensation;  Reference: | 2100-000 | | 1,368.27 | 4,814.42 |
| 02/10/11 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $33.60, Trustee Expenses;  Reference: | 2200-000 | | 33.60 | 4,780.82 |
| 02/10/11 | 103 | US Bank N.A. | Dividend paid 12.68% on $8,176.34; Claim# 3; Filed: $8,176.34; Reference: | 7100-000 | | 1,037.52 | 3,743.30 |
| 02/10/11 | 104 | Fia Card Services, NA/Bank of America | Dividend paid 12.68% on $5,131.13; Claim# 8; Filed: $5,131.13; Reference: | 7100-000 | | 651.10 | 3,092.20 |
| 02/10/11 | 105 | Chase Bank USA, N.A. | Combined Check for Claims#1,2 | | | 2,254.85 | 837.35 |
| | | | Dividend paid 12.68%   2,112.80 on $16,650.14;  Claim# 1; Filed: $16,650.14 | 7100-000 | | | 837.35 |
| | | | Dividend paid 12.68%   142.05 on $1,119.47;  Claim# 2; Filed: $1,119.47 | 7100-000 | | | 837.35 |
| 02/10/11 | 106 | GE Money Bank | Combined Check for Claims#6,7 | | | 259.99 | 577.36 |
| | | | Dividend paid 12.68%   52.56 on $414.18;  Claim# 6; Filed: $414.18 | 7100-000 | | | 577.36 |
| | | | Dividend paid 12.68%   207.43 on $1,634.72;  Claim# 7; Filed: $1,634.72 | 7100-000 | | | 577.36 |
| 02/10/11 | 107 | U.S. Bank N.A. | Combined Check for Claims#4,5 Voided on 02/10/11 | 7100-003 | | 577.36 | 0.00 |
| 02/10/11 | 107 | U.S. Bank N.A. | Combined Check for Claims#4,5 Voided: check issued on 02/10/11 | 7100-003 | | -577.36 | 577.36 |
| 02/10/11 | 108 | U.S. Bank N.A. | Combined Check for Claims#4,5 Re-issued | | | 577.36 | 0.00 |
| | | | Dividend paid 12.68%   69.79 on $550.00;  Claim# 4; Filed: $550.00 Re-issued | 7100-000 | | | 0.00 |
| | | | Dividend paid 12.68%   507.57 on $4,000.00;  Claim# 5; Filed: $4,000.00 Re-issued | 7100-000 | | | 0.00 |

Subtotals :     $6,182.69     $6,182.69

{} Asset reference(s)

Printed: 03/31/2011 11:15 AM     V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-70359  
**Case Name:** ST.CLAIR, GERALD F.  
**Taxpayer ID #:** **-***7114  
**Period Ending:** 03/31/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******50-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **6,182.69** | **6,182.69** | **$0.00** |
| | | | Less: Bank Transfers | | 6,182.69 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **6,182.69** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,182.69** | |

Net Receipts : 6,182.69  
Net Estate : $6,182.69

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******50-65** | 6,182.69 | 0.00 | 0.00 |
| **Checking # 9200-******50-66** | 0.00 | 6,182.69 | 0.00 |
| | $6,182.69 | $6,182.69 | $0.00 |